THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICKY CONTRERAS, | CASE NO. C21-0679-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ROMANZOF FISHING COMPANY LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order of dismissal (Dkt. No. 14). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Here, all the remaining parties that have appeared stipulate that the claims in this case should be dismissed with prejudice and without an award of costs or attorney fees to any party. (Dkt. No. 14 at 1.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing.

Pursuant to the stipulation, the Court ORDERS that this case is DISMISSED with prejudice and without costs or attorney fees to either party. The Clerk is directed to CLOSE this

case.

DATED this 12th day of October 2021.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk

MINUTE ORDER
C21-0679-JCC
PAGE - 2